JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    Email: neill.tseng@usdoj.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES McQUISTEN,<br>    Petitioner,<br>v.<br>MATTHEW LANGE, Facility Director,<br>    Respondent. | No. C 07-3392 MMC (PR)<br><br>STATEMENT NOTING DEATH OF PETITIONER; EXHIBIT A |

    Pursuant to Fed. R. Civ. P. 25(a), Respondent Matthew Lange, Facility Director, hereby notes that Petitioner James McQuisten died on July 26, 2007. See Certificate of Death, attached hereto as Ex. A.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February 1, 2008

    /s/
NEILL T. TSENG
Assistant United States Attorney

STATEMENT NOTING DEATH OF PETITIONER
No. C 07-3392 MMC (PR)