# COUNTY of CONTRA COSTA

MARTINEZ, CALIFORNIA

**CERTIFICATION OF VITAL RECORDS**

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3200707003961
LOCAL REGISTRATION NUMBER:

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT — FIRST (Given) | JAMES |
| 2. MIDDLE | DOUGLAS |
| 3. LAST (Family) | MCQUISTEN |
| 4. DATE OF BIRTH | 06/22/1947 |
| 5. AGE Yrs. | 60 |
| 8. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES | X YES |
| 12. MARITAL STATUS | WIDOWED |
| 7. DATE OF DEATH | 07/26/2007 |
| 8. HOUR | UNK |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC/LATINO | X NO |
| 16. DECEDENT'S RACE | WHITE |
| 17. USUAL OCCUPATION | ELECTRICIAN |
| 18. KIND OF BUSINESS OR INDUSTRY | UNION |
| 19. YEARS IN OCCUPATION | 10 |
| 20. DECEDENT'S RESIDENCE | 1001 MCAVOY ROAD, R257 |
| 21. CITY | BAY POINT |
| 22. COUNTY/PROVINCE | CONTRA COSTA |
| 23. ZIP CODE | 94565 |
| 24. YEARS IN COUNTY | 60 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | ROSEANNE FIELD, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 329 CEDAR RIDGE DRIVE, RIO VISTA, CA 94571 |
| 28. NAME OF SURVIVING SPOUSE — FIRST | |
| 29. MIDDLE | |
| 30. LAST (Maiden Name) | |
| 31. NAME OF FATHER — FIRST | ROY |
| 32. MIDDLE | G. |
| 33. LAST | MCQUISTEN |
| 34. BIRTH STATE | UNK |
| 35. NAME OF MOTHER — FIRST | ROSEANNE |
| 36. MIDDLE | R. |
| 37. LAST (Maiden) | KEENAN |
| 38. BIRTH STATE | CA |
| 39. DISPOSITION DATE | 08/06/2007 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE ROSEANNE FIELD – MOTHER, 329 CEDAR RIDGE DRIVE, RIO VISTA, CA 94571 |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | |
| 44. NAME OF FUNERAL ESTABLISHMENT | PITTSBURG FUNERAL CHAPEL |
| 45. LICENSE NUMBER | FD510 |
| 46. SIGNATURE OF LOCAL REGISTRAR | WENDEL BRUNNER, MD |
| 47. DATE | 08/02/2007 |
| 101. PLACE OF DEATH | USUAL RESIDENCE |
| 102. IF OTHER THAN HOSPITAL, SPECIFY ONE | X Decedent's Home |
| 103. COUNTY | CONTRA COSTA |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 1001 MCAVOY ROAD R257 |
| 104. CITY | BAY POINT |
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (a) | CIRRHOSIS — 6 YRS |
| (b) | HEPATITIS C — 38 YRS |
| 108. DEATH REPORTED TO CORONER | X YES — 07-1668 |
| 109. BIOPSY PERFORMED | X NO |
| 110. AUTOPSY PERFORMED | X NO |
| 111. USED IN DETERMINING CAUSE | |
| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH | NONE |
| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112 | NO |
| 114. I CERTIFY... | |
| 115. SIGNATURE AND TITLE OF CERTIFIER | STEVE MORRIS SPRAGUE M.D. |
| 116. LICENSE NUMBER | A66657 |
| 117. DATE | 08/01/2007 |
| Decedent Attended Since | 05/29/2001 |
| Decedent Last Seen Alive | 06/25/2007 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | STEVE MORRIS SPRAGUE M.D., 21337 BUSH STREET, MIDDLETOWN, CA 95461 |
| 121. MANNER OF DEATH | Natural |

012007000562416

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss
COUNTY OF CONTRA COSTA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the CONTRA COSTA COUNTY RECORDER.

ATTEST: _____

DATE ISSUED: AUG 2 8 2007



CONTRA COSTA COUNTY RECORDER

*000519907*

This copy not valid unless prepared on engraved border displaying date and signature of Deputy Recorder.