JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    Email: neill.tseng@usdoj.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES McQUISTEN, | No. C 07-3392 MMC (PR) |
|     Petitioner, | |
| v. | RESPONDENT'S NOTICE OF MOTION AND MOTION TO DISMISS |
| MATTHEW LANGE, Facility Director, | Date: March 14, 2008 |
|     Respondent. | Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor |

**PLEASE TAKE NOTICE** that respondent Matthew Lange, Facility Director, will move this Court on March 14, 2008 at 9:00 a.m. in Courtroom 7, 19th Floor, United States Federal Building, 450 Golden Gate Ave., San Francisco, California, before the Honorable Maxine M. Chesney, U.S. District Judge, for an order dismissing as moot petitioner James McQuisten's petition for a writ of habeas corpus filed on June 26, 2007. This motion is based on this notice, the memorandum of points and authorities, all the matters of record filed with the Court, and such other evidence as may be submitted.

## STATEMENT OF RELIEF

Respondent Matthew Lange, Facility Director, moves for an order dismissing as moot petitioner James McQuisten's petition for a writ of habeas corpus filed on June 26, 2007.

**ISSUE TO BE DETERMINED**

Whether petitioner's petition for a writ of habeas corpus should be dismissed as moot due to petitioner's death.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On June 26, 2007, petitioner filed a petition for a writ of habeas corpus (Docket #1). On July 26, 2007, petitioner passed away. See Statement Noting Death of Petitioner (Docket #4). On January 7, 2008, this Court ordered respondent to show cause within 60 days why the writ of habeas corpus should not be granted. See Order to Show Cause (Docket #2) at 3.

Because petitioner has died, his petition for a writ of habeas corpus should be dismissed as moot. See Griffey v. Lindsey, 349 F.3d 1157, 1157 (9th Cir. 2003) (ordering a petition for a writ of habeas corpus to be dismissed as moot because the petitioner had died).

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February 7, 2008

/s/
NEILL T. TSENG
Assistant United States Attorney

RESPONDENT'S NOTICE OF MOTION AND MOTION TO DISMISS
No. C 07-3392 MMC (PR)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**RESPONDENT'S NOTICE OF MOTION AND MOTION TO DISMISS**

<u>**James McQuisten v. Matthew Lange**</u>
**C 07-3392 MMC**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)**

___ **FEDERAL EXPRESS via Priority Overnight**

___ **FACSIMILE (FAX)** Telephone No.: <u>See Below</u>

to the party(ies) addressed as follows:

James McQuisten
205 MacArthur Blvd.
Oakland, CA 94610

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 7, 2008 at San Francisco, California.

_____
MANIK BOWIE
Legal Assistant