IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES McQUISTEN,

        Petitioner,

  v.

MATTHEW LANGE, Facility Director,

        Respondent.
                                  /

No. CV-07-3392 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled petition for a writ of habeas corpus is hereby DISMISSED as moot.

Dated: February 7, 2008                                       Richard W. Wieking, Clerk

                                                                           *Tracy Lucero*

                                                                       By: <u>Tracy Lucero</u>
                                                                       <u>Deputy Clerk</u>