IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES McQUISTEN,<br><br>    Petitioner,<br><br>  v.<br><br>MATTHEW LANGE,<br><br>    Respondent. | No. C-07-3392 MMC (PR)<br><br>**CLERK'S NOTICE** |

    **YOU ARE NOTIFIED** that due to the Court's Order Dismissing the Petition as Moot, the hearing date of March 14, 2008 at 9:00 a.m. on Defendant's Motion to Dismiss is hereby VACATED.

**FOR THE COURT,**

Richard W. Wieking, Clerk

*Tracy Lucero*

Dated: February 11, 2008

Tracy Lucero, Deputy Clerk