**FILED**

FEB X 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

#6

| | |
|---|---|
| JAMES McQUISTEN,<br><br>    Petitioner,<br><br>  v.<br><br>MATTHEW LANGE, Facility Director,<br><br>    Respondent. | No. C 07-3392 MMC (PR)<br><br>**ORDER DISMISSING PETITION AS MOOT** |

    Petitioner James McQuisten, a federal prisoner incarcerated at the Cornell Corrections Facility in Oakland, California, and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the validity of his confinement following the revocation parole. On January 7, 2008, the Court ordered respondent to show cause why the petition should not be granted. On January 24, 2008, mail sent to petitioner by the Clerk of the Court was returned as undeliverable; on February 1, 2008, respondent filed a "Statement Noting Death of Petitioner." Attached to said statement is a certified copy of petitioner's death certificate, which certificate shows petitioner died on July 26, 2007. (See Statement Noting Death of Petitioner Ex. A.)

    The death of a habeas petitioner renders his petition moot and requires dismissal of the petition. See Garceau v. Woodford, 399 F.3d 1101, 1101 (9th Cir. 2005). Accordingly, the above-titled petition for a writ of habeas corpus is hereby DISMISSED as moot.

    The Clerk shall close the file

    IT IS SO ORDERED.

DATED: FEB X 7 2008

MAXINE M. CHESNEY
United States District Judge

**FILED**

FEB X 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

#7

| | |
|---|---|
| JAMES McQUISTEN, | No. CV-07-3392 MMC (PR) |
| Petitioner, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| MATTHEW LANGE, Facility Director, | |
| Respondent. | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled petition for a writ of habeas corpus is hereby DISMISSED as moot.

Dated: February 7, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
08 FEB 21
CLERK
NORTHERN

RECEIVED
FEB 21 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James McQuisten
205 MacArthur
Oakland, CA 94610





NIXIE      945    CC 1         30   02/19/08
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 94102349910          *1540-10437-08-37